

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Lonnie Henry Rector, Jr. v. The State of Texas

Appellate case number:    01-19-00751-CR

Trial court case number:    714415

Trial court:               262nd District Court of Harris County

Appellant, Lonnie Henry Rector Jr., has filed a Motion of Annex. Texas Rule of Appellate Procedure 10.1 requires all motions filed in this Court to, among other things: (a) state with particularity the grounds on which it is based; and (b) set forth the order or relief sought. TEX. R. APP. P. 10.1(a)(2), (3). Although appellant's motion generally recites several rules of appellate procedure, we cannot discern any clear request from appellant. Thus, appellant has not complied with Rule 10.1 because he has neither stated with particularity the grounds on which his motion is based nor set forth the relief sought. Accordingly, the Court **denies** appellant's motion.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                        ☑ Acting individually    ☐ Acting for the Court

Date:    December 5, 2019